UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07mj3003 (CAB)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. _____ |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Javier Vega-Armente | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

**CATHY ANN BENCIVENGO**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Raquel Valdez-Garcia

DATED: 1/8/08

**CATHY ANN BENCIVENGO**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____
           Deputy Clerk