FILED

08 JAN -9 PM 3: 19

BY: PDV  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  08 CR 0087  WQH

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) <u>I N D I C T M E N T</u> |
| v. | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(ii) - |
| JAVIER VEGA-ARMENTE, | ) Bringing in Illegal Aliens for |
| | ) Financial Gain; Title 18, U.S.C., |
| Defendant. | ) Sec. 2 - Aiding and Abetting; |
| | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(iii) - Bringing |
| | ) in Illegal Aliens Without |
| | ) Presentation; Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(iv) and |
| | ) (v)(II) - Inducing and Encouraging |
| | ) Illegal Aliens to Enter the United |
| | ) States and Aiding and Abetting; |
| | ) Title 18, U.S.C., |
| | ) Sec. 1546(b)(1) - Fraud and Misuse |
| | ) of Entry Document; Title 18, |
| | ) U.S.C., Sec. 1546(a) - Fraud and |
| | ) Misuse of Entry Document |

The grand jury charges:

<u>Count 1</u>

On or about December 27, 2007, within the Southern District of California, defendant JAVIER VEGA-ARMENTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Margarita Ramirez-Gutierrez, had not received prior official authorization to come to,

CPH:fer:San Diego
1/7/08

enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 2

On or about December 27, 2007, within the Southern District of California, defendant JAVIER VEGA-ARMENTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Margarita Ramirez-Gutierrez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 3

On or about December 27, 2007, within the Southern District of California, defendant JAVIER VEGA-ARMENTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Luis Macias-Estrada, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

#### Count 4

On or about December 27, 2007, within the Southern District of California, defendant JAVIER VEGA-ARMENTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Luis Macias-Estrada, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

#### Count 5

On or about December 27, 2007, within the Southern District of California, defendant JAVIER VEGA-ARMENTE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Raquel Valdez-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//
//

Count 6

On or about December 27, 2007, within the Southern District of California, defendant JAVIER VEGA-ARMENTE, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Raquel Valdez-Garcia, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

Count 7

On or about December 27, 2007, within the Southern District of California, defendant JAVIER VEGA-ARMENTE, in applying for entry into the United States at the Port of Entry, San Ysidro, California, did knowingly and willfully possess a document prescribed by statute or regulation for entry into the United States, namely, a DSP-150 Border Crossing card, bearing the name of Graciela Torres Padilla, in order to gain the admission into the United States of the material witness, Raquel Valdez-Garcia, knowing and having reason to know that said document was not issued lawfully for the use of the possessor; in violation of Title 18, United States Code, Section 1546(b)(1).

//
//
//
//
//
//
//
//

<u>Count 8</u>

On or about December 27, 2007, within the Southern District of California, defendant JAVIER VEGA-ARMENTE, did knowingly and willfully possess a document prescribed by statute or regulation for entry into the United States, namely, a DSP-150 Border Crossing card, bearing the name of Victor Manuel Cerda Ramon, knowing it to have been unlawfully obtained; in violation of Title 18, United States Code, Section 1546(a).

DATED: January 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

5