# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff )

vs. )

JAVIER VEGA-ARMENTE )

        Defendant(s) )

CRIMINAL NO. 08cr87
07mJ3002

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

JOSE LUIS MACIAS-ESPALA

DATED:  1/11/2008

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
        DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by F.I ((a(íth)),
        Deputy Clerk

7(P