| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | PETER J. MAZZA |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 239918 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5528/(619) 235-2757 (Fax) |
| | Email: peter.mazza@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )   Case No. 08CR0087-WQH
                                      )
11                  Plaintiff,        )
                                      )   NOTICE OF APPEARANCE
12          v.                        )
   JAVIER VEGA-ARMENTE,               )
13                                    )
                    Defendant.        )
14                                    )
                                      )
15 _____  )

16

17 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18    I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19    I certify that I am admitted to practice in this court or authorized to practice under CivLR

20 83.3.c.3-4.

21    The following government attorneys (who are admitted to practice in this court or authorized

22 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23 counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24 activity in this case:

25    <u>Name</u>

26    None

27 ////

28 ////

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  <u>Name</u>

6  None

7  Please call me if you have any questions about this notice.

8  DATED: January 23, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Peter J. Mazza
_____
PETER J. MAZZA
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: peter.mazza@usdoj.gov

Notice of Appearance
United States v. Javier Vega-Armente                                                08CR0087-WQH

2

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0087-WQH |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| JAVIER VEGA-ARMENTE, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, PETER J. MAZZA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of a notice of appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Timothy Garrison

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2008.

    s/ Peter J. Mazza
    PETER J. MAZZA

Notice of Appearance
United States v. Javier Vega-Armente                                08CR0087-WQH