1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Javier Vega-Armente

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0087-WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| JAVIER VEGA-ARMENTE, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Reza Keramati
rabrera@westernlegalgroup.com; and

Peter J. Mazza
peter.mazza@usdoj.gov,efile.dkt.gc1@usdoj.gov,kathleen.jordano@usdoj.gov

                                                                             Respectfully submitted,

DATED:     February 26, 2008              /s/ Erica K. Zunkel
                                                                **ERICA K. ZUNKEL**
                                                                Federal Defenders of San Diego, Inc.
                                                                Attorneys for Javier Vega-Armente